**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON (TACOMA)**

| | | | |
|---|---|---|---|
| In re: | § | Chapter 13 | |
| | § | | |
| Michael Floyd Sanders, | § | Case No. 20-40150-MJH | |
| | § | | |
| Debtor. | § | | |

## <u>OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN</u>

Quicken Loans Inc. (the "Creditor"), by its attorneys, Weinstein & Riley, P.S., hereby

objects to the Chapter 13 Plan proposed by the Debtor, Michael Floyd Sanders (the "Debtor").

1.        Debtor filed a petition for relief under Chapter 13 of Title 11 of the United

States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") on January 18, 2020. *See*

Docket No. 1.

2.        On June 24, 2017, Debtor and non-filing Co-Debtor, Beverly M. Sanders,

borrowed the sum of $359,793.00, from the Creditor pursuant to a Note.  A copy of the Note is

attached as **Exhibit A**.

3.        On June 24, 2017, Debtor and non-filing Co-Debtor executed a Deed of Trust (the

"Deed of Trust") granting Mortgage Electronic Registration Systems, Inc., as nominee for the

Creditor, a security interest in real property located at 16621 94th Avenue Ct. E, Puyallup, WA

98375 (the "Property").  The Deed of Trust was recorded on July 3, 2017, in Pierce County

Washington.  A copy of the Deed of Trust is attached as **Exhibit B**.

OBJECTION TO CONFIRMATION - 1

4.      On January 23, 2020, the Deed of Trust was assigned to Creditor, pursuant to an Assignment of Mortgage.  A copy of the Assignment of Mortgage is attached as **Exhibit C**.

5.      On January 31, 2020, the Creditor filed a secured proof of claim, with respect to the Property, in the amount of $345,161.52.  *See* Claims Register, Claim 4-1.  This amount includes pre-petition arrears in the amount of $2,728.60.  *Id*.

6.      On January 18, 2020, Debtor filed the Chapter 13 Plan (the "Plan").  *See* Docket No. 2.  The Plan proposes to make ongoing monthly payments of $2,381.00 directly to the Creditor, but the Plan does not provide for the curing of the pre-petition arrears.  *Id.*

7.      Creditor objects to confirmation of the Plan on the grounds that it does not provide for repayment of pre-petition arrears to cure the default on Creditor's secured claim pursuant to 11 USC §1322(b)(5) of the United States Bankruptcy Code.  The Plan should be amended to include the proper amount of pre-petition arrears in an amount consistent with Creditor's filed secured proof of claim.

**WHEREFORE**, Quicken Loans Inc., respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan and for such other relief as the Court may deem just and proper.

Dated:  February 21, 2020                Respectfully Submitted,

                                          WEINSTEIN & RILEY, P.S.

                                          By:*/s/ _ Nikole Montufar* _____
                                          Nikole Montufar (Bar No. 55028)
                                          WEINSTEIN & RILEY, P.S.

OBJECTION TO CONFIRMATION - 2                                Nikole Montufar
                                          Weinstein & Riley, P.S.
                                          2001 Western Avenue, Suite 400
                                          Seattle, WA 98121
                                          Phone: (206) 269 3490

1    2001 Western Ave., Suite 400
     Seattle, WA 98121
2    Phone: 206-438-1029
     NikoleM@w-legal.com
3    Attorneys for Quicken Loans Inc.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   OBJECTION TO CONFIRMATION - 3

Nikole Montufar
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Phone: (206) 269 3490

28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Objection to Confirmation of Debtor's Chapter 13 Plan was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on February 21, 2020:

Trustee via E-Filing                                  Debtor's Counsel via E-Filing
Michael G. Malaier                                    Ellen Ann Brown
ecfcomputer@chapter13tacoma.org                       stopdebt@gmail.com

U.S. Trustee via E-Filing
United States Trustee
USTPRegion18.SE.ECF@usdoj.gov

Debtor via First-Class Mail
Michael Floyd Sanders
16621 94th Ave Ct E
Puyallup, WA 98375

/s/ Maggie Koo _____
Maggie Koo
Legal Assistant to Nikole Montufar,
Attorney for Quicken Loans Inc.
WEINSTEIN & RILEY, P.S.
2001 Western Ave., Suite 400
Seattle, WA 98121

OBJECTION TO CONFIRMATION - 4