| | |
|---|---|
| BROWN AND SEELYE PLLC<br>Ellen Ann Brown Esq.<br>Susan H. Seelye Esq.<br>1700 Cooper Point Rd SW #C5<br>Olympia, WA 98502<br>Telephone   253-573-1958<br>Facsimile    253-274-1200 | HONORABLE MARY JO HESTON<br>HEARING DATE: March 24, 2020<br>TIME: 1:00 pm<br>RESPONSE DATE: March 17, 2020<br>Chapter 13<br>Tacoma, WA |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re

MICHAEL FLOYD SANDERS

Debtor(s)
_____

In Chapter 13 Proceeding
No. 20-40150-MJH

**RESPONSE TO QUICKEN LOANS INC'S OBJECTION TO CONFIRMATION**

COMES NOW the above-referenced debtor(s) through their attorneys of record and states:

Quicken Loans Inc. refused to take the Debtor's payments and he was told not to make the payment even when he tried to make the payment in a timely manner. He is now current and the Plan has been amended to cure the arrears as set forth in Quicken Loan Inc's objection.

The Debtor requests that his case be confirmed.

Dated March 16, 2020

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)

RESPONSE        Page 1

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958