UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON (TACOMA)

IN RE:

MICHAEL FLOYD SANDERS,

DEBTOR.

CASE NO. 20-40150-MJH

CHAPTER 13

## NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC

Now comes Quicken Loans, LLC formerly known as Quicken Loans Inc. ("Creditor"), by and through undersigned counsel, and hereby submits this Notice of Forbearance Agreement to the Court regarding the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

Creditor holds a secured interest in 16621 94th Avenue Court E, Puyallup, WA 98375-2240 as evidenced by proof of claim 4-1 on the Court's claim register.

The Debtor recently requested a forbearance period of three (3) months in which the Debtor will not tender mortgage payments to Creditor that would come due on the mortgage starting May 1, 2020 through July 31, 2020.

Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period after the forbearance plan ends. Furthermore, Creditor does not waive its rights under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect any post-petition escrow shortage.

**NOTICE OF FORBEARANCE** - 1

NIKOLE MONTUFAR
WEINSTEIN & RILEY, P.S.
2001 WESTERN AVE, SUITE 400
SEATTLE, WA 98121
PHONE: (206) 438 1029

Per the request, Debtor will resume payments beginning August 1, 2020 and will be required to cure the delinquency created by the forbearance period. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Date: May 5, 2020

/s/ Nikole Montufar
Nikole Montufar
Attorney for Creditor
2001 Western Ave, Suite 400
Seattle, WA 98121
Phone: (206) 438 1029
Fax: (206) 269 3493
Email: NikoleM@w-legal.com

**NOTICE OF FORBEARANCE** - 2

NIKOLE MONTUFAR
WEINSTEIN & RILEY, P.S.
2001 WESTERN AVE, SUITE 400
SEATTLE, WA 98121
PHONE: (206) 438 1029

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on May 5, 2020:

<u>Debtors via First-Class Mail</u>
Michael Floyd Sanders
16621 94th Ave Ct E
Puyallup, WA 98375

<u>Debtors' Counsel via E-Filing</u>
Ellen Ann Brown
Email: stopdebt@gmail.com

<u>Chapter 13 Trustee via First-Class Mail</u>
Michael G. Malaier
2122 Commerce Street
Tacoma, WA 98402

<u>U.S. Trustee Via First-Class Mail</u>
United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101

/s/ D. Scott Allen
D. Scott Allen, Legal Assistant

**NOTICE OF FORBEARANCE** - 3

NIKOLE MONTUFAR
WEINSTEIN & RILEY, P.S.
2001 WESTERN AVE, SUITE 400
SEATTLE, WA 98121
PHONE: (206) 438 1029