Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

Case No.: 20−40150−MJH
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Floyd Sanders
16621 94th Ave Ct E
Puyallup, WA 98375

Social Security / Individual Taxpayer ID No.:
xxx−xx−7511

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **June 29, 2020 for Michael Floyd Sanders, Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: June 29, 2020

> Mark L. Hatcher
> Clerk, U.S. Bankruptcy Court